E-filed on **August 9, 2013**

**Samuel A. Schwartz. Esq.**
Name
**10985**
Bar Code #
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Address
**(702) 385-5544**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: **Mercy A Flemino**

Case No.: **13-14866**
Chapter: **7**
Trustee **William A. Leonard, Jr.**

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☒ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

8/09/13  2:41PM

E-filed on  **August  9, 2013**

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Mercy A Flemino
Mercy A Flemino
**Debtor's Signature**
**Date:**  August  9, 2013

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Mercy A Flemino**, Case No. **13-14866**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anthony Dakis**<br>**16230 Turnberry Turn NW**<br>**Ramsey, MN 55303** | | - | **Order entered for legal fees in Second Judicial District Court, State of Minnesota, County of Ramsey, Case No. 62-CV-12-888** | | | | **800.00** |
| Account No.<br><br>**Bernick Lifson, P.A.**<br>**5500 Wayzata Boulevard, Suite 1200**<br>**The Colonnade**<br>**Minneapolis, MN 55416** | | - | **Attorneys fees** | | | | **47,705.25** |
| Account No.<br><br>**Northern Real Estate Ventures**<br>**c/o Troy Van Beek, J.D., LLM**<br>**1919 NE Broadway Street, Suite 200**<br>**Minneapolis, MN 55413** | | - | | | | | **Unknown** |
| Account No.<br><br>**Vulcan Recoveries, LLC**<br>**401 S. lst Street, #1813**<br>**Minneapolis, MN 55401** | | - | **Order entered for legal fees in Second Judicial District Court, State of Minnesota, County of Ramsey, Case No. 62-CV-12-888** | | | | **47,705.25** |

__0__ continuation sheets attached

Subtotal (Total of this page)  **96,210.50**

Total (Report on Summary of Schedules)  **96,210.50**

# United States Bankruptcy Court
## District of Nevada

In re   **Mercy A Flemino**                                                                       Case No.   **13-14866**
                                        Debtor(s)                                                 Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **August 9, 2013**                       **/s/ Mercy A Flemino**
                                                 **Mercy A Flemino**
                                                 Signature of Debtor

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

.

Anthony Dakis
16230 Turnberry Turn NW
Ramsey, MN 55303

Bernick Lifson, P.A.
5500 Wayzata Boulevard, Suite 1200
The Colonnade
Minneapolis, MN 55416

Jack Pierce, Esq.
c/o Bernick Lifson, P.A.
5500 Wayzata Boulevard, Suite 1200
The Colonnade
Minneapolis, MN 55416

Joe Yurecko
401 S. 1st Street, #1813
Minneapolis, MN 55401

Northern Real Estate Ventures
c/o Troy Van Beek, J.D., LLM
1919 NE Broadway Street, Suite 200
Minneapolis, MN 55413

Vulcan Recoveries, LLC
401 S. 1st Street, #1813
Minneapolis, MN 55401